■ BRUNILDA TIRADO, Respondent, v CITY OF NEW YORK, Defendant, and ROY LEWIS, Appellant. [608 NYS2d 80] —Order, Supreme Court, Bronx County (Douglas McKeon, J.), entered February 2, 1993, which after a traverse hearing, granted plaintiff's motion for entry of a default judgment against defendant Roy Lewis and directed an assessment of damages, unanimously affirmed, with costs.

Plaintiff met her burden of demonstrating by a fair preponderance of the evidence that defendant Roy Lewis had been properly served with the summons and complaint *(see, Blue Spot v Superior Mdse. Elecs. Co.,* 150 AD2d 175, 176-177). The court was clearly warranted in concluding that the testimony of the process server was credible while that of defendant's wife was not. Concur—Sullivan, J. P., Carro, Rosenberger and Wallach, JJ.